M. P. No. 951. JOHN F. McBURNEY, *Executor v.* WILLIAM DWYER. Petition for writ of certiorari denied and Order en-

tered January 9, 1970 enjoining foreclosure sale is vacated. *John F. McBurney,* petitioner, pro se. *Herbert Katz,* for respondent.